(No. 13381.—Reversed and remanded.)

THE JACKSON COAL COMPANY, Plaintiff in Error, vs. THE INDUSTRIAL COMMISSION et al.—(CORNELIUS HURST, Defendant in Error.)

*Opinion filed October 23, 1920—Rehearing denied Dec. 10, 1920.*

This case is controlled by the decision in *Jackson Coal Co.* v. *Industrial Com.* (*ante*, p. 18.)

WRIT OF ERROR to the Circuit Court of Jackson county; the Hon. W. N. BUTLER, Judge, presiding.

MARTIN & GLENN, (LAWRENCE A. GLENN, of counsel,) for plaintiff in error.

A. W. KERR, and FRED H. KRUGER, for defendant in error.

Mr. JUSTICE CARTER delivered the opinion of the court:

Cornelius Hurst, a coal digger, on July 17, 1917, was injured by the same powder explosion in plaintiff in error's mine as was W. B. Graham. The opinion in *Jackson Coal Co.* v. *Industrial Com.* (*ante*, p. 18,) covers the identical questions raised in this case. The two cases were brought here in the same manner and the same briefs have been filed in both cases, therefore the conclusions reached in the opinion in that case must control here. For the reasons stated in that opinion the judgment of the circuit court is reversed, the award set aside and the cause remanded to the circuit court, with directions to remand it to the Industrial Commission for further proceedings in harmony with the views set forth in that opinion.

*Reversed and remanded, with directions.*